IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JONATHAN PACE, a minor, by
and through his mother, and next
friend, JULIA PACE, and JULIA
PACE, individually**,

**Plaintiffs,**

v.

**DOVER MOTORSPORTS, INC.,
GATEWAY INTERNATIONAL
MOTORSPORTS CORP. d/b/a
GATEWAY INTERNATIONAL
RACEWAY, and JOHN DOE,**

**Defendants.**                                                                        **No. 07-587-DRH**

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

      Now before the Court is Plaintiffs' motion to dismiss Defendant Dover Motorsports, Inc. without prejudice. (Doc. 9.)  The motion states that counsel for Plaintiffs and counsel for Defendant Dover Motorsports, Inc. have conferred and that Defendant Dover Motorsports does not oppose the dismissal without prejudice. Therefore, the Court **GRANTS** Plaintiffs' motion (Doc. 9) and **DISMISSES without prejudice** Counts I and II of the Amended Complaint (Doc. 13) against Defendant Dover Motorsports, Inc.

      **IT IS SO ORDERED.**

      Signed this 16th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge
United States District Court**